

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*  Tel.: (315) 448-0672
*James M. Hanley Federal Building*  Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

June 27, 2024

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway Albany, NY

    Re:    *United States v. White*
               1:23-cr-461 (MAD)

Dear Judge D'Agostino:

    The defendant is scheduled for a sentencing hearing on July 23, 2024, and sentencing memoranda are currently due on July 2, 2024. *See* Dkt. 39 Text Order.

    The government respectfully requests that sentencing be adjourned 45 days and that the deadline for submitting sentencing memoranda be adjusted accordingly. I have consulted with counsel for the defendant, and he does not object to this request.

                                  Respectfully,

                                  CARLA B. FREEDMAN
                                  United States Attorney

                                  */s/ Michael D. Gadarian*
By:                            _____
                                  Michael D. Gadarian
                                  Assistant United States Attorney
                                  Bar Roll No. 517198

cc. Counsel of record (*via* CM/ECF)